# LAW OFFICE OF
# PETER A. ROMERO

Peter A. Romero
promero@romerolawny.com

David D. Barnhorn
dbarnhorn@romerolawny.com

April 14, 2019

Hon. Sandra J. Feuerstein
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    <u>Zapata v. Majestic Cleaning, Inc. et al.</u>
                18-CV-4507 (SJF)

Dear Judge Feuerstein:

      This firm represents Plaintiff Carmen Zapata ("Plaintiff") in this Fair Labor Standards Act ("FLSA") action. We respectfully request that the Court approve the parties' settlement and dismiss the action with prejudice. The fully executed Settlement Agreement signed by all parties, and a Stipulation of Dismissal with Prejudice signed by counsel for all parties, are attached. In light of the parties' settlement, Plaintiff respectfully requests that it be relieved of the Court's Order to Show Cause dated April 4, 2019. We thank you for your kind consideration of this request.

                                    Respectfully submitted,

                                    ***/s/ Peter A. Romero***

                                    PETER A. ROMERO

cc:      All counsel of record