FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 15 2019 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

CARMEN ZAPATA, on behalf of herself and all other persons similarly situated,

    Plaintiff,

-against-

MAJESTIC CLEANING, INC. and RANDY GURIN,

    Defendants.

Docket No.: 18 cv 4507

**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, and ordered by the Court, that:

(a) the parties' settlement, including the settlement of claims under the Fair Labor Standards Act, is fair and reasonable; and

(b) the above-captioned action and all causes of action that were or could have been asserted therein, including any and all claims under the Fair Labor Standards Act, are dismissed *with prejudice* pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and without costs, disbursements or attorneys' fees to any party.

Dated: April 9, 2019

LAW OFFICE OF PETER A. ROMERO, PLLC

By: Peter Romero

825 Veterans Highway
Hauppauge, New York 11788
(631) 257-5588

*Attorneys for Plaintiff*

Dated: April 9, 2019

LITTLER MENDELSON, P.C.

By: Daniel Gomez-Sanchez

290 Broadhollow Road, Suite 305
Melville, New York 11747
(631) 247-4700

*Attorneys for Defendants*

The Clerk of the Court shall close this case.

SO ORDERED:   4/15/19

s/ Sandra J. Feuerstein
Hon. Sandra J. Feuerstein

FIRMWIDE:163707405.1 089118.1003